# Order

**Michigan Supreme Court**
**Lansing, Michigan**

Clifford W. Taylor,
Chief Justice

July 14, 2006

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
131236 & (72)
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

WESTPORT INSURANCE COMPANY,

      Plaintiff-Appellant,

                                  SC:   131236

v                                    CoA:  258355

                                    Wayne CC: 03-337078-CK

TONY KASSEM, f/k/a HASSAN KASSEM,
NADIM HASSAN, and DODSON GROUP,

      Defendants-Appellees.
_____

      On order of the Chief Justice, a stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs.

      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 14, 2006

_____
Clerk